UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ZULEIKA CASTRO-DE-JESUS )
 ) Civil No.:
Plaintiff, ) 3:11-cv-02084-GAG
 )
v. )
 )
ADVANCED COLLECTION SERVICES, )
INC, ET AL )
 )
Defendants. ) JURY TRIAL DEMANDED
 )
_____ )

**NOTICE OF VOLUNTARY DISMISSAL WITH PREDJUDICE**

NOW COMES Plaintiff, Zuleika Castro De Jesus, pro se, and gives notice that Plaintiff hereby **dismisses all claims against all defendants[1] with prejudice.** This dismissal is sought before a responsive pleading or a motion for summary judgment by the Defendants. In San Juan, Puerto Rico this 12th day of December 2011.

By: _____

Zuleika Castro De Jesus
kiaranayeli@hotmail.com
FK-41 CALLE POLAR
IRLANDA – 2do Piso
Bayamon, PR 00956

---

[1] As alleged in the verified complaint: [1] ADVANCED COLLECTION SERVICES, INC, ;[2] SALLY DELGADO ARROYO, an attorney at law in Puerto Rico (PR-Bar No. 13675);[3] WILLIAM MALDONADO, a debt collector and President at Advance Collection Services, Inc.[4] NEIDA ARROYO, a debt collector and supervisor at Advance Collection Services, Inc.[5] JENNIFER PERALTA, a debt collector at Advance Collection Services, Inc[6] LINDA COLON, a debt collector and supervisor at Advance Collection Services, Inc.[7] "LAURI DOE, a debt collector at Sally Delgado Arroyo Law Offices; [8] DOES 1 – 100, INCLUSIVE[9] INSURANCE COMPANY XYZ. What is more, although not mentioned in the verified complaint as a Defendant, Plaintiff hereby waives any future claims against the alleged original creditor, **Banco Popular de Puerto Rico**, and its current, former and future parents, affiliates, and subsidiaries, and each of its respective officers, directors, shareholders, members, agents, servants, employees, insurers, representatives, predecessors, successors, assigns, and attorneys.